**GABRIEL L. GRASSO, ESQ.**
**State Bar Number 7858**
**231 South Third Street, Suite 100**
**Las Vegas, Nevada  89101**
**(702) 868-8866**
**Attorney for HOFFMAN**

## UNITED STATES DISTRICT COURT
## IN AND FOR THE STATE OF NEVADA

**UNITED STATE OF AMERICA,**                   )

       **Plantiff,**                   )     **Case No.:  2:11-CR-00257-JCM-GWF**

                                    )     **UNOPPOSED MOTION TO ALLOW**

**vs.**                   )     **TRAVEL AND ORDER TO ALLOW**

                                      )     **TRAVEL**

**KELE ELIZABETH HOFFMAN,**                   )

       **Defendant.**                   )

_____)

     The Defendant, KELE ELIZABETH HOFFMAN, through his attorney of record, GABRIEL L. GRASSO, moves to allow Ms. Hoffman to travel for the holiday season. Counsel is moving to allow Ms. Hoffman to travel to Carlsbad, California and stay two nights at the residence of her boyfriend's parents, Mr. and Mrs. James Camp, for the Christmas Holiday from December 24, 2011 to December 26, 2011. I have contacted both Pretrial Services Officer Alison McCurdy and attorney for record for the United States of America, Amber Craig, and both are unopposed to this motion. As such, we ask the Court to allow Ms. Hoffman to travel for the holidays. All other conditions of the bond and conditions of release are to remain the same.

     Executed: December 20, 2011

RESPECTFULLY SUBMITTED BY:

                                  _/s/ Gabriel L. Grasso_____
                                  GABRIEL L. GRASSO
                                  Attorney for Defendant

**ORDER**

**IT IS HEREBY ORDERED** that the Defendant, KELE ELIZABETH HOFFMAN, may travel to Carlsbad, California and stay two nights at the residence of her boyfriend's parents, Mr. and Mrs. James Camp, for the Christmas Holiday from December 24, 2011 to December 26, 2011. All other conditions of the bond and conditions of release are to remain the same.

IT IS SO ORDERED:

_____

UNITED STATES DISTRICT JUDGE

DATED: December 21, 2011

**PROOF OF SERVICE**

I, Mary Jo Fata, am an employee of Gabriel L. Grasso, P.C.  I am over the age of 18 and not a party to the within action; My business address is **231 S. Third St., Suite 100, Las Vegas, NV  89101.**

On December 20, 2011, at Las Vegas, Nevada I served the following documents:

**Notice of Motion and Motion to Modify Sentence**

on the interested parties in this action by FACSIMILE SERVICE.

AMBER M. CRAIG
US ATTORNEY'S OFFICE
333 LAS VEGAS BLVD SO. SUITE 5000
LAS VEGAS, NV 89101
TEL: 702-388-6336
FAX: 702-388-6735

ANDREW M. LEAVITT
633 S. 7TH STREET
LAS VEGAS, NV 89101
TEL: 702-382-2800
FAX: 702-382-7438

MARGOLIN & LAWRENCE
8484 WILSHIRE BLVD., SUITE 440
BEVERLY HILLS, CA  90211
TEL:  323-653-9700
FAX:  323-653-9709